Filed          25-CI-00777     12/05/2025          Julie Wright Jolly, Barren Circuit Clerk

EXHIBIT 1

NOT ORIGINAL

DOCUMENT

AM

01/06/2026 09:34:20

90450-186

**COMMONWEALTH OF KENTUCKY**
**BARREN CIRCUIT COURT**
**DIVISION ___**
**CIVIL ACTION NO.: _____**

*Electronically Filed*

AUSTIN GUARINO                                                    PLAINTIFF

v.

AMAZON.COM SERVICES, LLC d/b/a AMAZON,

      **SERVE VIA CERTIFIED MAIL – RESTRICTED DELIVERY:**
      Corporation Service Company
      315 High Street
      Frankfort, Kentucky 40601

SHENZHEN ENTE INTELLIGENT CO., LTD d/b/a BOOGOSTORE,

and

UNKNOWN DEFENDANTS                                        DEFENDANTS

---

**COMPLAINT**

---

Comes now the Plaintiff, Austin Guarino, by counsel, and for his Complaint against Defendants, Amazon.com Services, LLC d/b/a Amazon, Shenzhen Ente Intelligent Co., LTD d/b/a Boogostore, states as follows:

**<u>PARTIES</u>**

1.      Plaintiff, Austin Guarino, is a resident of Glasgow, Barren County, Kentucky.

2.      Defendant, Amazon.com Services, LLC ("Amazon"), is a foreign limited liability company authorized to transact business in the Commonwealth of Kentucky, with its principal office located at 410 Terry Avenue North, Seattle, Washington 98109. Defendant may be served through its registered agent, Corporation Service Company, at 315 High Street, Frankfort, Kentucky 40601.

Page **1** of **11**

Filed          25-CI-00777     12/05/2025          Julie Wright Jolly, Barren Circuit Clerk

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000001 of 000011

Filed          25-CI-00777    12/05/2025          Julie Wright Jolly, Barren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/06/2026 09:34:20
AM
90450-186

3.      Upon information and belief, Defendant, Shenzhen Ente Intelligent Co., Ltd. ("Boogostore"), is a foreign corporation located in Shenzhen, China. Service of process upon Boogostore will be accomplished in accordance with the Hague Service Convention or other applicable procedures for service on foreign entities.

4.      Unknown Defendants include additional entities involved in the design, manufacture, distribution, or sale of the lithium Powerbank at issue.

5.      The events giving rise to this action occurred on or about December 8, 2024, at residential property owned by Plaintiff in Glasgow, Barren County, Kentucky.

6.      This Court has subject matter jurisdiction pursuant to KRS 23A.010. This Court has personal jurisdiction over Defendant Amazon based on its continuous and systematic business activities within the Commonwealth of Kentucky. This Court has personal jurisdiction over Defendant Boogostore pursuant to Kentucky's long-arm statute, KRS 454.210, as Boogostore placed products into the stream of commerce with the reasonable expectation that they would be purchased and used in Kentucky.

7.      Venue is proper in this Court as the incident giving rise to this action occurred within Barren County, Kentucky.

8.      The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

## FACTS

9.      Plaintiff incorporates the foregoing paragraphs by reference as if fully set forth herein.

10.     On or about September 10, 2024, Plaintiff purchased a Solar Charger Powerbank (herein after "Powerbank") through Amazon's website.

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000002 of 000011

NOT ORIGINAL
DOCUMENT
01/06/2026 09:34:20
AM
90450-186

11.    On or about September 16, 2024, Amazon fulfilled that order, delivering the Powerbank to Plaintiff's house.

12.    The Powerbank was delivered to Plaintiff in substantially the same condition it was in when Amazon had control over it.

13.    Plaintiff used the Powerbank appropriately over the next several months, for primarily personal, family, and household purposes.

14.    Plaintiff did not alter the condition of the Powerbank in anyway.

15.    On or about December 8, 2024, Plaintiff placed the Powerbank on his living room couch after normal use.

16.    That night, Plaintiff was awoken by his dog barking.

17.    Moments later, the fire alarm went off in Plaintiff's house, he rushed downstairs to see a significant fire burning on his couch where he left the Powerbank.

18.    There was hole burned through the couch in the location that the Powerbank had been left.

19.    Plaintiff rushed to ensure his family was out of the house.

20.    Plaintiff returned to attempt to put the fire out with a fire extinguisher.

21.    Plaintiff was trained on how to use a fire extinguisher and attempted to put out the fire.

22.    The fire extinguisher could not put out the fire.

23.    The fire engulfed Plaintiff's home burning it to the ground along with all of their possessions.

24.    As a direct and proximate result of the ignition and rapid spread of the fire, Plaintiff sustained severe burn and inhalation injuries.

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000003 of 000011

Filed        25-CI-00777    12/05/2025        Julie Wright Jolly, Barren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/06/2026 09:34:20
AM
90450-186

25.    Plaintiff required emergency medical treatment.

26.    Subsequent investigation confirmed the fire was caused by the Powerbank.

27.    Plaintiff suffered serious, catastrophic, and permanent injuries as a result of the fire.

28.    Plaintiff continues to suffer extensively and to receive ongoing medical treatment for his injuries.

**COUNT I**
**STRICT PRODUCTS LIABILITY**

29.    Plaintiff incorporates by reference each of the preceding paragraphs as if set forth fully herein.

30.    Defendants were engaged in the business of designing, manufacturing, marketing, distributing, supplying, and/or selling the Powerbank that caused the fire described above.

31.    The Powerbank was in a defective and unreasonably dangerous condition when it left Defendants' control, including defects in its design, manufacture, and the failure to provide adequate warnings regarding its fire and combustion hazards.

32.    Amazon knew or should have known at the time of sale that the Powerbank was in a defective and unreasonably dangerous condition.

33.    Plaintiff used the Powerbank in a reasonably foreseeable and intended manner, and the product was in substantially the same condition at the time of the incident as when purchased.

34.    The defective and unreasonably dangerous condition of the Powerbank directly and proximately caused the ignition and spread of the fire, Plaintiff's injuries, and his property loss.

35.    As a direct and proximate result of Defendants' conduct and the defective and unreasonably dangerous condition of the Powerbank, Plaintiff sustained severe, permanent, and disabling injuries and damages, including, but not limited to:

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000004 of 000011

Filed        25-CI-00777    12/05/2025        Julie Wright Jolly, Barren Circuit Clerk

Filed    25-CI-00777    12/05/2025    Julie Wright Jolly, Barren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/06/2026 09:34:20
AM
90450-186

a) He sustained second-degree and possible third-degree burns to his head, ears, nose, neck, shoulders, and arms;
b) He suffered inhalation injuries requiring emergency medical evaluation and treatment;
c) He was hospitalized;
d) He has endured significant physical pain and will continue to experience pain in the future;
e) He has sustained permanent scarring, disfigurement, and functional limitations;
f) He has incurred medical expenses and will be caused in the future to incur additional medical expenses related to his injuries;
g) He has experienced and will continue to experience mental anguish and emotional distress;
h) He suffered the total destruction of his home and personal belongings;
i) He has incurred and will continue to incur financial losses associated with the loss of his residence;
j) He has sustained past and future lost wages and diminished earning capacity; and
k) He has been prevented from going about his normal activities and his normal enjoyment of life.

## COUNT II
## NEGLIGENCE

36.    Plaintiff incorporates by reference each of the preceding paragraphs as if set forth fully herein.

37.    Defendants owed a duty to individuals purchasing and the using Powerbank, including Plaintiff, to exercise reasonable care in the design, testing, inspection, labeling, marketing, distribution, and sale of the product.

38.    Amazon owed an additional duty to ensure that products sold through its online marketplace and distributed through its fulfillment system were safe, free from unreasonable risks of fire or combustion, and appropriately screened, monitored, or removed when safety concerns or defect information became known or reasonably knowable.

39.    Boogostore owed a duty to sell only safe and non-defective consumer products and to disclose and warn purchasers of any hazards associated with the Powerbank.

Filed    25-CI-00777    12/05/2025    Julie Wright Jolly, Barren Circuit Clerk

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000005 of 000011

Filed   25-CI-00777   12/05/2025   Julie Wright Jolly, Barren Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

01/06/2026 09:34:20

90450-186

40.     Defendants breached their duties by designing, manufacturing, marketing, supplying, distributing, or selling a defective and unreasonably dangerous Powerbank that posed a foreseeable risk of overheating, ignition, and fire.

41.     Further, Amazon knew or should have known of the defective and unreasonably dangerous condition of the Powerbank.

42.     Defendants further breached these duties by failing to investigate or act upon reports, information, or recall activity involving similar products, and by failing to take reasonable precautions to remove the product from the marketplace or warn consumers.

43.     As a result of these breaches, Powerbank ignited and caused a fire within Plaintiff's home, placing him in immediate danger.

44.     As a direct and proximate result of Defendants' negligence, Plaintiff sustained the injuries and damages itemized in **COUNT I**.

### COUNT III
### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

45.     Plaintiff incorporates by reference each of the preceding paragraphs as if set forth fully herein.

46.     At the time the Powerbank ignited, Plaintiff was inside the home and placed in immediate danger of severe injury or death as flames rapidly engulfed the living room area.

47.     Plaintiff feared for his own life and for the lives of his wife and dog while attempting to escape the burning home.

48.     The sudden ignition, violent spread of the fire, and the traumatic circumstances of escaping the burning home caused Plaintiff to experience severe emotional distress.

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000006 of 000011

Filed   25-CI-00777   12/05/2025   Julie Wright Jolly, Barren Circuit Clerk

Filed        25-CI-00777    12/05/2025        Julie Wright Jolly, Barren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/06/2026 09:34:20
AM
90450-186

49.    As a direct and proximate result of Defendants' conduct, Plaintiff has suffered and will continue to suffer from the severe emotional distress and other damages itemized in **COUNT I**.

## COUNT IV
## <u>BREACH OF IMPLIED WARRANTY</u>

50.    Plaintiff incorporates by reference each of the preceding paragraphs as if set forth fully herein.

51.    Defendants, through their product listings, marketing, and sale of the Powerbank, made implied warranties that the product was safe, of merchantable quality, and fit for ordinary consumer use.

52.    Plaintiff relied on these warranties in purchasing and using the Powerbank in a normal, foreseeable, and intended manner.

53.    The Powerbank failed to conform to Defendants' implied warranties because it was defective, unreasonably dangerous, and not fit for the purpose for which it was sold and marketed.

54.    Amazon knew or should have known that the Powerbank was defective, unreasonably dangerous, and not fit for the purpose for which it was sold and marketed.

55.    The defect in the Powerbank rendered it unsafe and caused it to ignite and start a fire that resulted in Plaintiff's severe burn injuries, inhalation injuries, and the total destruction of his home and personal property.

56.    As a direct and proximate result of Defendants' breach of implied warranties, Plaintiff has suffered significant damages itemized in **COUNT I**.

## COUNT V
## <u>BREACH OF EXPRESS WARRANTY</u>

Filed        25-CI-00777    12/05/2025        Julie Wright Jolly, Barren Circuit Clerk

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000007 of 000011

Filed          25-CI-00777    12/05/2025          Julie Wright Jolly, Barren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/06/2026 09:34:20
AM
90450-186

57.    Plaintiff incorporates by reference each of the preceding paragraphs as if set forth fully herein.

58.    Defendants made express warranties regarding the lithium-ion Powerbank through their product descriptions, packaging, labels, marketing materials, online listings, and statements made directly to consumers. These express warranties included, but were not limited to, representations that the product was safe for household use, designed to function without risk of fire, and manufactured in accordance with applicable safety standards.

59.    Plaintiff relied on Defendants' express warranties when purchasing and using the Powerbank in a normal, foreseeable, and intended manner.

60.    The Powerbank failed to conform to Defendants' express warranties because it did not perform as represented and instead contained a defect that caused it to ignite and start a fire.

61.    Amazon knew or should have known the Powerbank would not perform as represented and instead contained a defect that caused it to ignite and start a fire.

62.    As a direct and proximate result of Defendants' breach of express warranties, Plaintiff suffered severe burn injuries, inhalation injuries, the complete loss of his home and personal property, and other damages itemized in **COUNT I**.

**COUNT VI**
**KENTUCKY CONSUMER PROTECTION ACT (KCPA)**

63.    Plaintiff incorporates the foregoing paragraphs by reference as if fully set forth herein.

64.    Defendants, through their design, manufacture, marketing, labeling, distribution, and sale of the Powerbank, engaged in unfair, false, misleading, and deceptive acts or practices in violation of the Kentucky Consumer Protection Act, KRS 367.170.

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000008 of 000011

Filed          25-CI-00777    12/05/2025          Julie Wright Jolly, Barren Circuit Clerk

Filed 25-CI-00777 12/05/2025 Julie Wright Jolly, Barren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/06/2026 09:34:20
AM
90450-186

65. Defendants represented to consumers, including Plaintiff, that the Powerbank was safe, properly tested, compliant with safety standards, and suitable for ordinary household use when, in fact, it contained dangerous defects that created a significant and foreseeable risk of fire and serious injury.

66. Defendants failed to disclose known dangers associated with the product, including risks of thermal runaway, overheating, ignition, and catastrophic failure, despite possessing superior knowledge of these defects.

67. Amazon knew or should have known of the Powerbank's defects.

68. Plaintiff purchased and used the Powerbank in reliance on Defendants' deceptive representations and omissions, believing the product to be safe and fit for its intended purpose.

69. Defendants' unfair, false, misleading, and deceptive acts and practices were a substantial factor in causing the fire that resulted in Plaintiff's severe burn injuries, inhalation injuries, and complete loss of his home and personal property.

70. As a direct and proximate result of Defendants' unfair, false, misleading, and deceptive acts or practices, Plaintiff suffered an ascertainable loss, including severe burn injuries, inhalation injuries, medical expenses, personal property loss, the total destruction of his home, emotional distress, and other damages itemized in **COUNT I**.

**COUNT VII**
**<u>PUNITIVE DAMAGES</u>**

71. Plaintiff incorporates the foregoing paragraphs by reference as if fully set forth herein.

72. Defendants acted with willful, wanton, and reckless disregard for the safety of consumers, including Plaintiff, by designing, marketing, distributing, and selling a lithium-ion Powerbank that posed a known or foreseeable risk of overheating, ignition, and fire.

Page **9** of **11**

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000009 of 000011

NOT ORIGINAL
DOCUMENT
AM
01/06/2026 09:34:20
90450-186

73.     Defendants further acted with reckless indifference by failing to investigate or act upon information, complaints, or recall activity involving similar lithium-ion battery products and by permitting the continued sale of the product without adequate screening, warnings, or removal.

74.     As a direct and proximate result of Defendants' willful, wanton, and reckless conduct, Plaintiff suffered significant damages itemized in **COUNT I**.

75.     Plaintiff is entitled to recover punitive damages against Defendants in an amount sufficient to punish and deter similar conduct in the future.

**WHEREFORE**, Plaintiff, Austin Guarino, respectfully demands judgment against Defendants as follows:

a.     A trial by jury on all issues of fact herein;

b.     Compensatory damages for Plaintiff's physical injuries, pain and suffering, emotional distress, medical expenses, property loss, lost wages, diminished earning capacity, and all other economic and non-economic damages recoverable under Kentucky law;

c.     Incidental, consequential, and foreseeable damages in an amount to be determined by a duly impaneled jury;

d.     Punitive damages in an amount sufficient to punish Defendants and to deter similar conduct in the future;

e.     Pre-judgment and post-judgment interest as allowed by law;

f.     Attorney's fees and costs;

g.     Plaintiff's costs incurred herein; and

h.     Any and all other relief to which Plaintiff may appear entitled.

**RESPECTFULLY** submitted this 5th day of December, 2025.

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000010 of 000011

Filed          25-CI-00777    12/05/2025                Julie Wright Jolly, Barren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/06/2026 09:34:20
AM
90450-186

/s/ Brian M. Vines

Brian M. Vines, Esq.
**MINNER VINES INJURY LAWYERS**
325 West Main Street, Suite 210
Lexington, Kentucky 40507
Telephone: (859) 550-2900
Facsimile:  (859) 550-2902
Email: brian@mvmlaw.com
*Counsel for Plaintiff*

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000011 of 000011

Filed          25-CI-00777    12/05/2025                Julie Wright Jolly, Barren Circuit Clerk

AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice        *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **25-CI-00777**  ORIGINAL
Court: **CIRCUIT**
County: **BARREN**

01/06/2026 09:34:42

90450-186

*Plaintiff,* **GUARINO, AUSTIN VS. AMAZON.COM SERVICES, LLC D/B/A AMAZON**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**

**315 HIGH STREET**

**FRANKFORT, KY 40601**

Memo: Related party is AMAZON.COM SERVICES, LLC D/B/A AMAZON

The Commonwealth of Kentucky to Defendant:
**AMAZON.COM SERVICES, LLC D/B/A AMAZON**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Julie Wright Jolly, Barren
Circuit Clerk
Date: **12/5/2025**

*(right margin)* Presiding Judge: HON. JOHN T. ALEXANDER (643358)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

*(right margin)* CI : 000001 of 000001

Summons ID: @00000200563
CIRCUIT: 25-CI-00777 Certified Mail
GUARINO, AUSTIN VS. AMAZON.COM SERVICES, LLC D/B/A AMAZON



Page 1 of 1

eFiled

**Commonwealth of Kentucky**
**Julie Wright Jolly, Barren Circuit Clerk**

NOT ORIGINAL

01/06/2026 09:34:59

DOCUMENT

AM

| Case #: 25-CI-00777 | Envelope #: 12261948 | |
|---|---|---|
| Received From: BRIAN VINES | Account Of: BRIAN VINES | 90450-186 |

Case Title: GUARINO, AUSTIN VS. AMAZON.COM SERVIC LLC D/B/A AMAZON   Confirmation Number: 212512106

Filed On 12/5/2025   3:22:48PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $19.42 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Library Fee | $1.00 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Copy - Photocopy) | $1.30 |
| 9 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $311.72 |

Filed          25-CI-00777    12/17/2025          Julie Wright Jolly, Barren Circuit Clerk

**UNITED STATES**
**POSTAL SERVICE**™

**NOT ORIGINAL**

DOCUMENT

AM

**01/06/2026 09:35:15**

**90450-186**

Date Produced: 12/17/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8345 7879 85. Our records indicate that this item was delivered on 12/16/2025 at 09:42 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CORPORATION SERVICE COMPANY
315 HIGH STREET
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number:          C6411121.39088328

Filed          25-CI-00777    12/17/2025          Julie Wright Jolly, Barren Circuit Clerk

**Filed**          **25-CI-00777**      **12/17/2025**                **Julie Wright Jolly, Barren Circuit Clerk**

USPS MAIL PIECE TRACKING NUMBER:  42040601923609019403834578 7985
MAILING DATE:          12/08/2025
DELIVERED DATE:     12/16/2025
Custom 1: DriverId-12261948
Custom 2: PartyId-79634311
Custom 3: SummonsNum-@00000200563
Custom 4: CentralMailId-270055
Custom 5: Source County-BARREN

**NOT ORIGINAL**

**01/06/2026 09:35:15**

**90450-186**

MAIL PIECE DELIVERY INFORMATION:

CORPORATION SERVICE COMPANY
315 HIGH STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/08/2025 08:56 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 12/08/2025 15:59 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 12/10/2025 19:47 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 12/10/2025 21:02 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 12/11/2025 15:50 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 12/15/2025 04:53 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 12/15/2025 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 12/15/2025 10:11 | AVAILABLE FOR PICKUP | FRANKFORT,KY 40601 |
| 12/16/2025 09:42 | DELIVERED INDIVIDUAL PICKED UP AT PO | FRANKFORT,KY 40601 |

COR : 000002 of 000002